No. 02–7655. POMPA, AKA CARDENAS, AKA MORENO, AKA JAIMES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7656. MIRANDA-RAMIREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7658. KINGEEKUK *v.* SAMBERG. C. A. 9th Cir. Certiorari denied.

No. 02–7660. STONE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–7661. QUIROZ-MADRIZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7662. QUINTANILLA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–7663. VASQUEZ-ORTEGA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7664. TITLBACH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–7668. HERNANDEZ-LOYA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7670. GOMEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7671. GREEN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–7672. HAYS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7673. HUGGINS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–7674. HOLLIMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–7675. HORNE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–7679. LEWIS *v.* RANDLE, WARDEN. C. A. 6th Cir. Certiorari denied.